Heather Gardner AK Bar #0111079
Caitlin Shortell AK Bar #0405027
Allison Mendel AK Bar #8310136

Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MATTHEW HAMBY and CHRISTOPHER SHELDEN, a married couple, CHRISTINA LABORDE and SUSAN TOW, a married couple, SEAN EGAN and DAVID ROBINSON, a married couple, TRACEY WIESE and KATRINA CORTEZ, a married couple, and COURTNEY LAMB and STEPHANIE PEARSON, unmarried persons,<br><br>       Plaintiffs,<br><br>vs.<br><br>SEAN C. PARNELL, in his official capacity as Governor of Alaska, MICHAEL GERAGHTY, in his official capacity as Attorney General of the State of Alaska, WILLIAM J. STREUR, in his official capacity as Commissioner of the State of Alaska, Department of Health and Social Services, and PHILLIP MITCHELL, in his official capacity as State Registrar and Licensing Officer, Alaska Bureau of Vital Statistics,<br><br>       Defendants. | Case No. 3:14-cv-00089 TMB |

## NOTICE OF ERRATA AND FILING OF CORRECTED REPLY

Plaintiffs, through counsel, hereby give notice of errata and correction of the

Reply to Defendants' Response to Motion for Summary Judgment filed on October 3,

-1-

2014 at Doc. 32. A corrected version of the reply is attached to this Notice. Counsel is unable to make corrections to the tables filed at Doc. 32 simultaneous to this Notice, but will file such necessary corrections as soon as possible. Counsel believes that any table corrections will be minimal since the corrections primarily addressed typographic errors and inadvertent deletions. Therefore, counsel respectfully requests the Court and parties accept the corrected Reply as attached.

DATED this 3rd day of October, 2014 at Seattle, Washington.

By: _____/s/_____

Heather Gardner #0111079
645 G Street, Suite 100-752
Anchorage, AK 99501
Telephone: (907) 375-8776

Caitlin Shortell #0405027
310 K Street Suite 200
Anchorage, AK 99501
Telephone: (907) 272-8181

Allison Mendel #8310136
Mendel & Associates, Inc.
1215 W 8th Ave
Anchorage, AK 99501
(907) 279-5001

-2-

HAMBY ET AL. V. PARNELL ET AL.
CASE NO. 3:14-cv-
NOTICE OF ERRATA AND FILING OF CORRECTED REPLY
Case 3:14-cv-00089-TMB   Document 33   Filed 10/03/14   Page 2 of 2