```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

       MATTHEW HAMBY, et al.     vs.     SEAN C. PARNELL, et al.

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:14-cv-00089-TMB

DEPUTY CLERK:              DENALI ELMORE

OFFICIAL REPORTER:         R. JOY STANCEL

APPEARANCES:    PLAINTIFF: ALLISON E. MENDEL
                           CAITLIN SHORTELL
                           HEATHER LEIGH GARDNER

                DEFENDANT: KEVIN TODD WAKLEY
                           WILLIAM E. MILKS

PROCEEDINGS: ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT
             (DKT 20) HELD OCTOBER 10, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 1:01 p.m. court convened.

Court and counsel heard re Motion for Summary Judgment (docket 20).

Arguments heard.

Court heard; this matter taken **UNDER ADVISEMENT,** written ruling to issue.

At 2:06 p.m. court adjourned.

DATE:    OCTOBER 10, 2014     DEPUTY CLERK'S INITIALS:   DJE