# Law Offices of Caitlin Shortell

645 G Street Suite 100-752
Phone 907 272-8181 Fax 888 979-6`48
caitlin@caitlinshortell.com

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|---|---|---|---|
| | | @ $395.00/hr | |
| 6/26/13 | Emails w/ clients Tracey Wiese, Sean Egan, and others | .6 | 237.00 |
| 06/27/13 | Emails w/ prospective clients | .4 | 158.00 |
| 07/1/13 | Telephone interview with client DR | 1.4 | 553.00 |
| 07/27/13 | Email Clients Wiese, Egan | .2 | 79.00 |
| 1/5/14 | Email ACLU Josh Decker | .1 | 39.50 |
| 01/15/14 | Meeting with Clients in Anchorage | 1.7 | 671.50 |
| 1/15/14 | Email Client couples re: status of upcoming complaint | .8 | 316.00 |
| 1/26/14 | Read new 9th c. case, take notes for upcoming filing | .7 | 276.50 |
| 1/26/14 | Meting HG re: filing case, new 9th c. authority | 1.9 | 750.50 |
| 1/29/14 | Email clients, update re: status of case and new authority | .6 | 237.00 |
| 2/2/14 | Meet HG re: filing case, discuss potential org ACLU | 1.5 | 592.50 |
| 2/9/14 | Meet HG re: clients interviewed & how to draft complaint | 1.4 | 553.00 |
| 2/16/14 | Meet HG re: 1983 treatise & filing 1983 action | 1.7 | 671.50 |
| 2/23/14 | Meet HG re: 1983 action, co-counsel, & defenses | 1.3 | 513.50 |
| 2/25/14 | Meet CS & AM re: filing strategy & protocol | 1.0 | 395.00 |
| 2/27/14 | Meet client for interview for complaint | 1.8 | 711.00 |
| 3/2/14 | Meet HG re: drafting of complaint | 1.5 | 592.50 |
| 3/6/14 | Emails w/ HG & AM | .4 | 158.00 |
| 3/9/14 | Meeting w/ HG re: filing of complaint & other states | 2.4 | 948.00 |
| 3/10/14 | Emails w/HG re: sample cocounsel docs NCLR | .3 | 118.50 |
| 3/10/14 | Legal Research: read various other states complaints | 2.0 | 790.00 |
| 3/16/14 | Mtg w/HG, clients re: complaint | 1.5 | 592.50 |
| 3/22/14 | Meet w/ HG & Cients interview telephone for complaint | 1.2 | 474.00 |
| 3/30/14 | Meeting w HG re complaint and client coordination | 1.8 | 711.00 |
| 4/1/14 | Meet w/client Hamby | 2.4 | 948.00 |
| 4/1/14 | Meet w/ HG re: draft of complaint, caselaw, strategy | 1.2 | 474.00 |
| 4/6/14 | Meet w/ HG review complaint, discuss revisions | 1.7 | 671.50 |

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 4/10/14 | Legal Research: read caselaw, take notes for complaint | .8 | 316.00 |
| 4/13/14 | Meeting w/ HG to work on complaint | 1.7 | 671.50 |
| 4/20/14 | Meeting w/HG to go over complaint, discuss when to file | 1.7 | 671.50 |
| 4/24/14 | Emails with cocounsel, meet re: complaint | 1.1 | 434.50 |
| 4/27/14 | Client coordination, Email, mtg w HG and AM | 1.5 | 592.50 |
| 4/27/14 | Emails w/ clients to request information to add to complaint | .6 | 237.00 |
| 5/4/14 | Meet w/ HG re: parties information | 1.6 | 632.00 |
| 5/7/14 | Review complaint and revisions, check statutes, law | 1.8 | 711.00 |
| 5/8/14 | Meet w/client | 1.1 | 434.50 |
| 5/9/14 | Email client re: filing | .2 | 79.00 |
| 5/11/14 | Meet w/Hg re: edits | 1.5 | 592.50 |
| 5/12/14 | Email clients re: filing & communications | .4 | 158.00 |
| 5/12/14 | Call w AM and HG; calls, emails, re filing | 2.5 | 987.50 |
| 5/13/14 | Email clients re: filing fee payment | .5 | 197.50 |
| 5/18/14 | Meet w/ HG re: Motion for Summary Judgment other states | 1.7 | 671.50 |
| 5/20/14 | Emails HG and AM | .4 | 158.00 |
| 5/21/14 | Review documents, emails HG and AM | .6 | 237.00 |
| 5/22/14 | Review emails, Mtg HG and AM | 1.2 | 474.00 |
| 5/25/14 | Meet w/HG re: client questions, service, msj | 1.5 | 592.50 |
| 5/27/14 | Meet w/clients answer legal questions | 1.9 | 750.50 |
| 6/19/14 | Meet w/HG re: client mtg & questions | 1.4 | 553.00 |
| 6/20/14 | Review Defendants' Answer, Affirmative Defenses | 1.6 | 632.00 |
| 6/23/14 | Meet w/HG re: affirmative defenses | 1.4 | 553.00 |
| 6/25/14 | Legal Research re: Affirmative Defenses | .7 | 276.50 |
| 7/6/14 | Meet w/ HG re: Motion to Strike, MSJ, Disqualification | 1.7 | 671.50 |
| 7/8/14 | Conference w/ co-counsel | 1.00 | 395.00 |
| 7/17/14 | Emails w/ counsel re report revision | 1.00 | 395.00 |
| 7/20/14 | Research & draft Motion to Disqualify; Strike Answer | 2.5 | 987.50 |
| 7/20/14 | Meeting w/HG re: Motion Disqualifiy and Strike Answer | 1.5 | 592.50 |
| 7/21/14 | Emails to clients and counsel | .2 | 79.00 |
| 7/22/14 | Review file, Prepare and attend hearing, confer w AM | 2.0 | 790.00 |
| 7/24/14 | Meeting w/clients and cocounsel | 2.2 | 869.00 |
| 7/27/14 | Meet w/ HG re: MSJ format and strategy | 1.1 | 434.50 |
| 7/30/14 | Emails and review of planning report | .4 | 158.00 |
| 8/3/14 | Meet w/HG re: client issues & MSJ | 1.6 | 632.00 |
| 8/7/14 | Draft skeleton of Motion for Summary Judgment | 8.8 | 3476.00 |

| | | | |
|---|---|---|---|
| 8/10/14 | Meet w/HG re: skeleton of MSJ | 1.9 | 750.50 |
| 8/11/14 | Legal Research for MSJ – read cases | 4.1 | 1619.50 |
| 8/11/14 | Draft MSJ History of Marriage in AK, EP, Baker v. Nelson | 7.1 | 2804.50 |
| 8/12/14 | Draft MSJ DP Fundamental Rights | 6.0 | 2370.00 |
| 8/12/14 | Legal Research for MSJ: Read cases for DP | 2.5 | 987.50 |
| 8/12/14 | Meet w/HG re: MSJ draft | .8 | 316.00 |
| 08/13/14 | Legal Research for MSJ: Affirmative Defenses | 2.0 | 790.00 |
| 08/13/14 | Draft MSJ sections on Affirmative Defenses | 4.4 | 1738.00 |
| 08/13/14 | Legal Research & review of format of MSJs in marriage cases | .8 | 316.00 |
| 8/13/14 | Meet w/HG re: MSJ draft | 1.1 | 434.50 |
| 8/14/14 | Revise MSJ Draft, add sections re: level of scrutiny | 6.7 | 2646.50 |
| 8/15/14 | Meet w/ HG to review & discuss MSJ draft | .9 | 355.50 |
| 8/17/14 | Emails & Meet w/HG re: MSJ draft & order of arguments | 1.6 | 632.00 |
| 8/19/14 | Review declarations | .5 | 197.50 |
| 8/24/14 | Mtg HG re: MSJ | 1.4 | 553.00 |
| 8/27/14 | Review Revised MSJ, additional drafting & checking caselaw | 3.3 | 1303.50 |
| 8/27/14 | Mtg HG and AM | .3 | 118.50 |
| 8/28/14 | Review revised MSJ, rewrite sections, research & cite check | 4.6 | 1817.00 |
| 8/29/14 | Meet w/ AM & HG re: MSJ; draft sections, review declarations | 3.8 | 1501.00 |
| 8/31/14 | Meet w/HG re: MSJ & duties for future briefing | 1.3 | 513.50 |
| 9/20/14 | Review marriage case pleadings in ID, UT, VA, MI, NV | 3.0 | 1185.00 |
| 9/22/14 | Emails with co-counsel | .3 | 118.50 |
| 9/28/14 | Review Defendants' opposition brief | .8 | 316.00 |
| 10/2/14 | Meet w/HG and confer w cocounsel re: draft of Reply | 2.5 | 987.50 |
| 10/3/14 | Review drafts of Reply | 2.2 | 869.00 |
| 10/4/14 | Watch videos of marriage case appellate oral arguments | 3.5 | 1382.50 |
| 10/5/14 | Meet w/ HG –run through oral argument plan | 1.5 | 592.50 |
| 10/6/14 | Draft outline for oral argument from MSJ & Reply | 2.2 | 869.00 |
| 10/6/14 | Conference w AM | 1.0 | 395.00 |
| 10/7/14 | Draft outline of Latta & excerpt for use in Oral Argument | 2.9 | 1145.50 |
| 10/8/14 | Mtg w/ AM re: oral argument | 1.0 | 395.00 |
| 10/8/14 | Mtg w/ HG prep oral argument | 3.1 | 1224.50 |
| 10/9/14 | Mtgs w/ AM & HG re: oral argument | 1.0 | 395.00 |
| 10/9/14 | Practice for Oral Argument | 3.0 | 1185.00 |
| 10/10/14 | Meet w/ clients oral arg | 1.0 | 395.00 |
| 10/10/14 | Prepare Oral Argument w/ HG | 2.2 | 869.00 |

| | | | |
|---|---|---|---|
| 10/10/14 | Court Appearance: Oral Argument | 1.1 | 434.50 |
| 10/10/14 | Meeting w/clients debrief | 1.8 | 711.00 |
| 10/12/14 | Review Judge Burgess's decision | .8 | 316.00 |
| 10/13/14 | Conference w/ co-counsel; email clients | 1.2 | 474.00 |
| 10/24/14 | Meet w/HG & AM re; procedure of 1988 motion | .4 | 158.00 |
| 10/26/14 | Draft declaration for Motion for Fees | .3 | 118.50 |
| 10/27/14 | Prepare Timesheet from billing records for 1988 motion | 1.7 | 671.50 |
| | | 180.5 hrs | $71,297.50 |